AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Eduard Palaghita <br><br> *Plaintiff(s)* <br> v. <br> Alkor Capital Corp., Five Towns Nissan LLC d/b/a Rockaway Nissan, Aleksandr Korchmar, and Marina Korchmar <br><br> *Defendant(s)* | Civil Action No. 19-CV-1504  ARR-RER |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alkor Capital Corp., 65 Oceana Drive East, Suite 2D, Brooklyn, NY 11235;
Five Towns Nissan LLC d/b/a Rockaway Nissan, 600 Burnside Avenue, Inwood, NY 11096;
Aleksandr Korchmar, 65 Oceana Drive East, Suite 2D, Brooklyn, NY 11235;
Marina Korchmar, 65 Oceana Drive East, Suite 2D, Brooklyn, NY 11235.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Cilenti & Cooper, PLLC
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/18/2019

s/Kimberly Davis
*Signature of Clerk or Deputy Clerk*